UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| BENJAMIN RODGERS, III, | ) | Civil Action No. 7:19-cv-2249-TMC-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | **ORDER TO SHOW CAUSE** |
| | ) | |
| SONOCO PRODUCTS COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff filed this employment discrimination action on August 9, 2019. Pursuant to Fed.R.Civ.P. 4(m), service of the complaint on Defendant was due no later than November 7, 2019. The summons in this case has not been returned as executed and no appearance has been made on behalf of Defendant. The undersigned entered a text order directing Plaintiff to file a status update within five days of the date of the order, which Plaintiff has not done.

Rule 4(m) provides that

> If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Accordingly, **within ten days of the date of this order**, Plaintiff is directed to show cause why the complaint in this matter should not be dismissed for failure to timely serve the complaint pursuant to Fed.R.Civ.P. 4(m). Failure to do so will result in a recommendation that this case be dismissed.

**IT IS SO ORDERED**.

                                                      s/Thomas E. Rogers, III
                                                      Thomas E. Rogers, III
                                                      United States Magistrate Judge

February 25, 2020
Florence, South Carolina